Michael J. Flanagan, State Bar #092773
Torin M. Heenan, State Bar #302418
Law Offices Of Michael J. Flanagan
2277 Fair Oaks Boulevard, Suite 450
Sacramento, CA  95825
Telephone:  (916) 646-9100
Facsimile:  (916) 646-9138
E-mail: lawmjf@msn.com

Paul R. Norman, admitted *pro hac vice*
Eric A. Baker, admitted *pro hac vice*
Jacob B. Frost, admitted *pro hac vice*
Boardman & Clark LLP
1 S Pinckney Street, Suite 410
P.O. Box 927
Madison, WI 53701
Telephone:  (608) 283-1766
Facsimile:  (608) 283-1709
E-mail:  pnorman@boardmanclark.com
         ebaker@boardmanclark.com

*Attorneys for Plaintiff Mathew Enterprise, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATHEW ENTERPRISE, INC., dba STEVENS CREEK CHRYSLER JEEP AND DODGE,<br><br>            Plaintiff,<br><br>      v.<br><br>FCA US, LLC,<br><br>            Defendant. | **Case No. 5:16-cv-03551-LHK**<br><br>**PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AMENDED COMPLAINT AND REQUEST FOR ENTRY OF DISMISSAL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff, Mathew Enterprise, Inc., does not intend to file a First Amended Complaint in this action, but will stand upon the existing pleading and appeal the Court's November 16, 2016 Order Granting Defendant's Motion to Dismiss (ECF 42, "Motion to Dismiss Order") as to Counts One and Two.  With respect to the Court's determination as to Count Three, that plaintiff failed to exhaust its administrative remedies (ECF 42 at 16-17), plaintiff has filed a Protest with the State of California New Motor Vehicle Board, and is, therefore, hereby withdrawing Count Three of its Complaint.

To that end, Plaintiff respectfully requests, pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(A) and the Court's Motion to Dismiss Order, that the Court enter judgment of dismissal (a) ***with prejudice*** with respect to Counts One and Two, and (b) ***without prejudice*** with respect to Count Three as required by applicable governing case law. *See also Teal v. Potter*, 559 F.3d 687, 693 (9th Cir. 2009) ("Because [plaintiff] failed to exhaust administrative remedies, her complaint must be dismissed without prejudice."); *Oakland v. Hotels.com LP*, 572 F.3d 958, 962 (9th Cir. 2009). ("[F]ailure to exhaust administrative remedies is properly treated as a curable defect and should generally result in a dismissal without prejudice.")

Dated:  December 12, 2016

                                                       */s/ Eric A. Baker*
Paul R. Norman, admitted *pro hac vice*
Eric A. Baker, admitted *pro hac vice*
Jacob B. Frost, admitted *pro hac* vice
Boardman & Clark LLP
1 S Pinckney Street, Suite 410
P.O. Box 927
Madison, WI 53701
Telephone:  (608) 283-1766
Facsimile:  (608) 283-1709
E-mail:  pnorman@boardmanclark.com
        ebaker@boardmanclark.com
        jfrost@boardmanclark.com

Michael J. Flanagan, State Bar #092773
Torin M. Heenan, State Bar #302418
Law Offices Of Michael J. Flanagan
2277 Fair Oaks Boulevard, Suite 450
Sacramento, CA  95825
Telephone:  (916) 646-9100
Facsimile:  (916) 646-9138
E-mail: lawmjf@msn.com

*Attorneys for Plaintiff*

3
**PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AMENDED COMPLAINT AND REQUEST FOR ENTRY OF DISMISSAL**
Case No. 5:16-cv-03551

## CERTIFICATE OF SERVICE

I, Eric A. Baker hereby certify that on December 12, 2016, I caused Plaintiff Mathew Enterprise, Inc.'s Notice of Intent Not to File Amended Complaint and Request for Entry Dismissal to be electronically filed in the CM/ECF system, which will send notification of such filing to all attorneys of record.

Respectfully submitted,

/s/ Eric A. Baker

4

**PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AMENDED COMPLAINT AND REQUEST FOR ENTRY OF DISMISSAL**
Case No. 5:16-cv-03551